# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LASHANNDA JONES, on behalf of
herself and on behalf of all others
similarly situated

    Plaintiff,

v.                                            Case No. 3:18-cv-804-J-32JRK

THE SALVATION ARMY,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation for Dismissal with Prejudice (Doc. 45), filed on December 20, 2019, Plaintiff LaShannda Jones's claims are dismissed with prejudice. Claims of the putative class members are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of January, 2020.

                                                      TIMOTHY J. CORRIGAN
                                                      United States District Judge

jb
Copies:

Counsel of record